UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**DAYAIMA DIAZ,**

      **Plaintiff,**

v.                                       Case No.  6:21-cv-1758-CEM-DCI

**ORLANDO MED
TRANSPORTATION LLC,
FEDERICO MARTINEZ, and
MAYLEN VELAZQUEZ,**

      **Defendants.**
_____/

**ORDER**

THIS CAUSE is before the Court on the Joint Motion for Entry of Order Approving Settlement and Dismissing Case with Prejudice (Doc. 31). The United States Magistrate Judge issued a Report and Recommendation (Doc. 32), recommending that the Motion be granted.

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that no objections were timely filed, the Magistrate Judge's recommended disposition is accepted. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

    1. The Report and Recommendation (Doc. 32) is **ADOPTED** and made a part of this Order.

2. The Joint Motion for Entry of Order Approving Settlement and Dismissing Case with Prejudice (Doc. 31) is **GRANTED**.

   a. The Settlement Agreement (Doc. 31-1) is **APPROVED**.

3. This case is **DISMISSED with prejudice**.

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on July 6, 2022.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record